# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**HOLSEY ELLINGBURG, JR**                                                          **PLAINTIFF**
Reg #09172-021

**v.**                           **Case No. 2:20-cv-00046-LPR**

**DEWAYNE HENDRIX**                                                           **DEFENDANT**
*Warden*

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Petition for a Writ of Habeas Corpus (Doc. 2) is DISMISSED.

IT IS SO ADJUDGED this 5th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE